# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61087-CIV-LENARD/GARBER

**STEPHEN AND DIANE SANDIN,**

     Plaintiffs,

vs.

**UNITED COLLECTION BUREAU,
INC.,**

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 35) AND GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS (D.E. 22)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Barry L. Garber ("Report," D.E. 35), issued on July 27, 2009, recommending that Plaintiffs' Motion for Attorney's Fees and Costs ("Motion," D.E. 22), be granted in the amount of $4,096.20. Therein, the parties were given ten days to file objections to the Report. As of the date of this Order, Defendant United Collection Bureau, Inc., has not filed any objections to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review the of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E.

35), issued on July 27, 2009, is **ADOPTED**.

2.      Consistent with the Report and this Order, Plaintiffs' Motion for Attorney's

Fees and Costs (D.E. 22), filed on November 20, 2008, is **GRANTED** in the

amount of $4,096.20.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August,

2009.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**